**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**FIDELITY NATIONAL FINANCIAL, INC., et al.,**

    Plaintiffs,

v.                                                     Case No.   3:25-cv-554-WWB-SJH

**BESSENT, et al.,**

    Defendants.

| | |
|---|---|
| **Counsel for Plaintiffs** | Stuart H. Singer, Esquire<br>Eric M. Palmer, Esquire<br>Lauren Amos, Esquire<br>Patrick F. Philbin, Esquire |
| **Counsel for Defendants** | Ronnie S. Carter, Esquire<br>Kyesha Mapp, Esquire<br>Richard Lasseter, Esquire |

| **JUDGE** | Samuel J. Horovitz<br>U. S. Magistrate Judge | **DATE AND TIME** | 8/29/2025<br>10:34 a.m. – 11:07 a.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Barbara Rothermel | **TAPE/REPORTER** | Digital |

**CLERK'S MINUTES**

**PROCEEDINGS:**  **STATUS CONFERENCE/MOTION HEARING**

Counsel for parties are present by Zoom videoconference.

Discussion regarding the status of the case.

Discussion regarding Joint Motion to Set Briefing Schedule for Plaintiffs' Motion for Stay or Preliminary Injunction (Doc. 37).

Status conference/motion hearing continued to September 4, 2025 at 11:00 a.m.

**Order to enter.**