UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIDELITY NATIONAL FINANCIAL,
INC., et al.,

      Plaintiffs,

v.                                                                                                CASE NO. 3:25-cv-554-WWB-SJH

SECRETARY SCOTT BESSENT,
etc., et al.,

      Defendants.
_____/

## ORDER FOLLOWING HEARING

**THIS CAUSE** is before the Court on the Joint Motion to Set Briefing Schedule for Plaintiffs' Motion for Stay or Preliminary Injunction ("Motion to Set"). Doc. 37. The Court held a hearing on the Motion to Set, the record of which is incorporated herein, which began on August 29, 2025, and was continued on September 4, 2025. For the reasons stated on the record at the hearing, it is **ORDERED**:

1. The Motion to Set, Doc. 37, is **granted in part and denied in part**.

2. Defendants shall file their response to Plaintiffs' Motion for Stay or Preliminary Injunction ("Motion for Stay"), Doc. 36, no later than **September 17, 2025**. No further briefing on the Motion for Stay is authorized.

3. Oral argument on the Motion for Stay is set before the undersigned on **September 30, 2025**, at **1:00 p.m**, at the United States Courthouse, 300 North Hogan

Street, Courtroom 5A, in Jacksonville, Florida.[1]

**DONE AND ORDERED** in Jacksonville, Florida, on September 4, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] Photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring electronic devices into the United States Courthouse. *See* Local Rule 7.02. Counsel intending to be heard at oral argument shall appear in person. Non-arguing counsel and party representatives are permitted but not required to attend; if the Court elects to allow such persons to attend remotely, the Courtroom Deputy will separately send the information for appearing remotely through lead counsel. If any remote attendance is authorized, recording, broadcasting, transmitting, or photographing any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.