UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIDELITY NATIONAL FINANCIAL,
INC., et al.,

    Plaintiffs,

v.                                                  Case No.   3:25-cv-554-WWB-SJH

SECRETARY SCOTT BESSENT,
etc., et al.,

    Defendants.

**Counsel for Plaintiffs**                    Stuart H. Singer, Esquire
                                                         Patrick F. Philbin, Esquire
                                                         Jon L. Mills, Esquire

**Counsel for Defendants**                 Ronnie S. Carter, Esquire
                                                        Richard Lasseter, Esquire
                                                         Kyesha Mapp, Esquire

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 11/18/2025<br>10:07 a.m. – 12:26 p.m.<br>Recess<br>1:14 p.m. – 2:52 p.m.<br>Recess<br>3:11 p.m. – 3:55 p.m.<br>Recess<br>3:59 p.m. – 4:10 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |

CLERK'S MINUTES

**PROCEEDINGS:**           ORAL ARGUMENT ON MOTIONS

Counsel for parties are present in the courtroom.

The Court heard oral argument on the parties' cross-motions for summary judgment (docs. 35, 64).

The motions are taken under advisement.