UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIDELITY NATIONAL FINANCIAL, INC., and

FIDELITY NATIONAL TITLE INSURANCE COMPANY,

    *Plaintiffs,*

    v.

SCOTT BESSENT, in his official capacity as the Secretary of the United States Department of the Treasury,

UNITED STATES DEPARTMENT OF THE TREASURY,

ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network, and

THE FINANCIAL CRIMES ENFORCEMENT NETWORK,

    *Defendants.*

Case No. 3:25-cv-00554

### Plaintiffs Fidelity National Financial, Inc. and Fidelity National Title Insurance Company's Notice of Filing PowerPoint Presentation

    COME NOW, the Plaintiffs, Fidelity National Financial Inc. and Fidelity National Title Insurance Company, by and through the undersigned counsel, hereby files the PowerPoint presentation given to the Court at the November 18, 2025, hearing.

Dated: November 20, 2025

Patrick F. Philbin (DCBN 453620)
Jeff Jensen (DCBN 1765723)
William P. Barr (DCBN 951202)
**Torridon Law PLLC**
801 Seventeenth Street NW, Suite 801
Washington, DC 20006
Telephone: (202) 249-6900
pphilbin@torridonlaw.com
jjensen@torridonlaw.com
wbarr@torridonlaw.com
*Admitted Pro Hac Vice*

Respectfully submitted,

By: */s/ Stuart H. Singer*
Stuart H. Singer (FBN 377325)
Jesse Panuccio (FBN 31401)
Jon L. Mills (FBN 148286)
Eric M. Palmer (FBN 1050210)
Lauren Amos (FBN 1026073)
**Boies Schiller Flexner LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
jpanuccio@bsfllp.com
jmills@bsfllp.com
epalmer@bsfllp.com
lamos@bsfllp.com

David Boies (NYBN 2296333)
Alan Vickery (NYBN 1917590)
**Boies Schiller Flexner LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
DBoies@bsfllp.com
avickery@bsfllp.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I filed the foregoing document via the CM/ECF system which will send notification of such filing to all parties and their counsel of record in this case.

By: */s/ Stuart H. Singer*
Stuart H. Singer